ORIGINAL



FILED

06/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0032

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0032

EGAN SLOUGH COMMUNITY, YES! FOR
FLATHEAD FARMS AND WATER, and
AMY WALLER,

        Plaintiffs and Appellants,

v.

FLATHEAD COUNTY BOARD OF COUNTY
COMMISSIONERS, a body politic of Flathead
County, FLATHEAD COUNTY PLANNING
AND ZONING DEPARTMENT, and FLATHEAD
CITY-COUNTY HEALTH DEPARMTMENT,

        Defendants and Appellees,

and

MONTANA ARTESIAN WATER COMPANY,

        Defendant/Appellee and
        Cross-Appellant.

ORDER

---

On May 21, 2021, Defendant/Appellee and Cross-Appellant Montana Artesian Water Company (MAWC) moved to remand this matter to the Eleventh Judicial District Court because the issue of its Motion for Attorneys Fees and Costs, filed in the District Court, remained undecided. MAWC alleged that remand was the correct action under M. R. Civ. P. 58(e) and M. R. App. P. 4(1)(a). M. R. Civ. P. 58(e) provides:

> A judgment, even though entered, is not considered final for purposes of appeal under Rule 4(1)(a), M. R. App. P., until any necessary determination of the amount of costs and attorney fees awarded, or sanctions imposed, is made. The district court is not deprived of jurisdiction to enter its order on a timely motion for attorney fees, costs, or sanctions by the premature filing of a notice of appeal. A notice of appeal filed before the disposition of any such motions shall be treated as filed on the date of such entry.

Plaintiffs and Appellants Egan Slough Community, Yes! for Flathead Farms and Water, and Amy Waller (Egan Slough) opposed MAWC's motion, arguing that remand is an unnecessary step because Rule 58(e) indicates that the District Court retains jurisdiction to rule upon attorney fees and costs. Under Rule 58(e), once the District Court rules upon those issues, this Court will then treat the Notice of Appeal as filed on the date the District Court enters its ruling. *Marriage of Weigand*, 2021 MT 128, ¶ 10, 404 Mont. 223, _ P.3d _ (holding that the District Court retains jurisdiction to enter an order on attorney fees and costs and appeal will not proceed until District Court makes its determination).

Prior to this Court ruling on MAWC's motion for remand, MAWC advised this Court that the District Court entered its ruling on attorney fees and costs on May 25, 2021. MAWC further advised that all parties to this appeal had stipulated that the Notice of Appeal and all other documents filed in this matter should be treated as filed on May 25, 2021.

Among the filings made in this case is Egan Slough's Opening Brief, filed May 10, 2021. Pursuant to Rule 58(e) and the stipulation of the parties, this Court shall treat that brief as filed on May 25, 2021. The time for filing and services of all other briefs shall run from that date, as provided in M. R. App. P. 13(1).

THEREFORE,

IT IS ORDERED that the motion for remand is DENIED as MOOT.

IT IS FURTHER ORDERED that the Notice of Appeal and all other filings made in this matter prior to May 25, 2021, shall be treated as filed on May 25, 2021.

DATED this 1st day of June, 2021.

_____
Chief Justice

_____

_____

2

Justices